Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. HUANG

No. 396P90

Case below: 99 N.C.App. 658

Petition by Attorney General for temporary stay allowed 16 August 1990.

STATE v. LINER

No. 297P90

Case below: 98 N.C.App. 600

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. NOBLES

No. 342PA90

Case below: 99 N.C.App. 473

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.

STATE v. SHUTT

No. 326P90

Case below: 93 N.C.App. 344

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 29 August 1990.